JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Rocca<br><br>    Plaintiff,<br><br>v.<br><br>W.K.S. Restaurant Corporation et al<br><br>    Defendants. | Case No.  CV 14-09940-AB (PLAx)<br><br>ORDER DISMISSING CIVIL ACTION |

   THE COURT having been advised that the above-entitled action has been settled;

   IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **14 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  May 18, 2016        _____
                            ANDRÉ BIROTTE JR.
                            UNITED STATES DISTRICT JUDGE

1.